[No. 4470–II.   Division Two.   March 24, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
FRANCIS AHRENDT, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 79–1–00297–6, J. Dean Morgan, J., entered
November 19, 1979. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Reed, C.J., and Worswick, J.

[No. 4750–II.   Division Two.   March 24, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DALE G.
DeHAVEN, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 795680, D. J. Cunningham, J., entered April
24, 1980. *Affirmed* by unpublished opinion per Reed, C.J.,
concurred in by Petrie, J., and Johnson, J. Pro Tem.

[No. 4549–II.   Division Two.   March 24, 1982.]

*In the Matter of the Marriage of* MARILYN L.
DEERING, *Respondent, and* H. RICHARD
DEERING, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 71977, John W. Schumacher, J.,
entered January 2, 1980. *Affirmed* by unpublished opinion
per Petrie, J., concurred in by Petrich, A.C.J., and Johnson,
J. Pro Tem.

[No. 4692–II.   Division Two.   March 25, 1982.]

GARY L. LIVENGOOD, ET AL, *Appellants,* v. DUNGENESS
IRRIGATION DISTRICT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 25333, Tyler C. Moffett, J., entered
March 11, 1980. *Affirmed* by unpublished opinion per
Worswick, J., concurred in by Reed, C.J., and Petrich, J.